UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRBY FITCH, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., f/k/a WELLS FARGO HOME MORTGAGE, INC.,<br><br>        Defendants. | Case No.: 12-cv-02915-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING REGARDING PROPOSED CODE OF PROFESSIONAL CONDUCT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding the Court's proposed Code of Professional Conduct (attached as Exhibit A) shall be held on Friday, September 27, 2013 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file one of the following documents:

(a) a Stipulation and [Proposed] Order wherein counsel for the parties agree to abide by the provisions set forth in Exhibit A;

(b) a Stipulation and [Proposed] Order wherein counsel for the parties agree to abide by the provisions set forth in Exhibit A *as jointly modified by the parties*, with the modifications presented to the Court in track changes format; or

(c) a Joint Statement setting forth the reasons why the parties object to any provision contained in Exhibit A.

If the document described above at (a) or (b) is filed, the parties need not appear and the compliance hearing will be taken off calendar. If the parties file the joint statement described at (c), personal appearances will be required. Failure to appear may result in sanctions.

1    **IT IS SO ORDERED**.

3    Dated: September 9, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**